UNITED STATES COURT OF INTERNATIONAL TRADE                          FORM 1

|  |  |
|---|---|
| **THE GREAT STATES CORPORATION dba AMERICAN LAWN MOWER CO,**<br><br>                              Plaintiff,<br>    **v.**<br><br>**UNITED STATES**,<br>                              Defendant. | **SUMMONS**<br><br>**Court No. 24-cv-00216** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Chicago, IL (3901) | Center (if known) | |
|---|---|---|---|
| Protest Number: | 390123130348 | Date Protest Filed: | 10/18/2023 |
| Importer: | The Great States Corporation dba American Lawn Mower Co. | Date Protest Denied: | 06/05/2024 |
| Category of Merchandise: | Agricultural trimmers, pruners, and shears | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| M34-22323295 | 05/27/2022 | 04/21/2023 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Eric R. Rock
Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, IL 60602
Telephone: (312) 824-6191
Email: erock@rocktradelaw.com

                              Name, Address, Telephone Number
                                 and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
|  | Statutory Basis | Statement of Value |
| Appraised: |  |  |
| Protest Claim: |  |  |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
|  | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Agricultural trimmers, pruners, and shears | 8467.29.0070; 8467.29.0090; 9903.88.15 | 0.00; 0.00; / 7.5% | 8467.29.0070; 8467.29.0090; / **9817.00.5000** | Free / Free |

| **Other** |
|---|
| State specifically the Decision [as described in 19 U.S.C. § 1514(a)] and the Protest Claim: |

The issues which are common to all such denied protests:

The merchandise imported on entries that are the subject of this action referenced above comprises parts and components used in agricultural equipment. Thus, subject merchandise should have been liquidated under subheading 9817.00.5000 Duty-Free and excluded from Section 301 Tariffs on goods originating in China.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

*Signature of Plaintiff's Attorney*

| Eric R. Rock | December 2, 2024 |
|---|---|
| *Name* | *Date* |

## SCHEDULE OF PROTESTS

<u>010</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 140123107979 | 12/13/2023 | 06/05/2024 | 79137283912 | 7/23/2022 | 6/16/2023 | 1401 |
| 140123107979 | 12/13/2023 | 06/05/2024 | 79137313495 | 7/26/2022 | 6/23/2023 | 1401 |
| 170323116205 | 10/24/2023 | 06/05/2024 | 79136776908 | 6/12/2022 | 4/28/2023 | 1703 |
| 270424170083 | 05/22/2024 | 06/05/2024 | 79140136602 | 12/26/2022 | 11/24/2023 | 2704 |
| 350124103370 | 10/23/2024 | 10/31/2024 | M3422350090 | 05/30/2023 | 04/26/2024 | 3501 |
| 351224100606 | 06/26/2024 | 08/07/2024 | M3422342550 | 02/04/2023 | 12/29/2023 | 3512 |
| 390124131231 | 07/31/2024 | 11/12/2024 | M3422344911 | 03/07/2023 | 2/2/2024 | 3901 |
| 390123130387 | 10/24/2023 | 06/05/2024 | M3422324277 | 06/03/2022 | 04/28/2023 | 3901 |
| 390123130387 | 10/24/2023 | 06/05/2024 | M3422324541 | 06/20/2022 | 04/28/2023 | 3901 |
| 390123130405 | 10/31/2023 | 06/05/2024 | M3422324988 | 06/09/2022 | 05/05/2023 | 3901 |
| 390123130488 | 11/20/2023 | 06/05/2024 | 79121023753 | 07/03/2022 | 05/26/2023 | 3901 |
| 390123130537 | 12/06/2023 | 06/05/2024 | M3422327759 | 07/18/2022 | 06/09/2023 | 3901 |